**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NBA PROPERTIES, INC., | Case No. 24-cv-01203 |
| Plaintiff, | |
| v. | Judge Mary M. Rowland |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, et al, | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**COUNSEL FOR DEFENDANT LIUSHIXIONGDI'S MOTION TO WITHDRAW**

NOW COMES Daniel Konieczny and Hua Chen, to move the Court for leave to withdraw their appearances as counsel for Defendant No. 118, LIUSHIXIONGDI ("Defendant") pursuant to Local Rule 83.17. In support of their motion, counsel states as follows:

1. Daniel Konieczny and Hua Chen are counsel for Defendant in the above-captioned matter.

2. Daniel Konieczny and Hua Chen seek to withdraw as counsel for Defendant pursuant to Local Rule 83.17.

3. Attorneys Lan Li and Christopher Keleher filed appearances on July 11 and 12, 2024 in this matter and are now the attorneys for Defendant.

WHEREFORE, Daniel Konieczny and Hua Chen respectfully request that this Court enter an order granting this motion for leave for the undersigned counsel to withdraw as counsel for Defendant.

| | |
|---|---|
| /s/ Hua Chen | /s/ Daniel I. Konieczny |
| Hua Chen | Daniel I. Konieczny (#6275293) |
| SCIENBIZIP, P.C. | TABET DIVITO & ROTHSTEIN LLC |
| 550 S. Hope Street, Suite 2825 | 209 S. LaSalle St., 7th Floor |
| Los Angeles, California 90071 | Chicago, IL 60604 |

Telephone: (213) 426-1771
huachen@scienbizippc.com

Telephone: (312) 762-9450
Facsimile: (312) 762-9451
dkonieczny@tdrlaw.com