IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NBA Properties, Inc., | ) |
| | ) Case Number: 24-cv-1203 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Honorable Mary M. Rowland |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| | ) |
| | ) |
| Defendants. | |

**(OPPOSED) SECOND MOTION OF DEFENDANT futbolscamisetas.com FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, futbolscamisetas.com ("Defendant"), through its undersigned counsel, and respectfully requests this Court extend the time by 21 days to file a response to the Complaint. In support:

1. This is the second motion for an extension of time filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. The Court previously granted the Defendant an extension on March 25, 2024, until April 12, 2024. Doc. 33.

5. The Defendant respectfully requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to September 3, 2024.

6. The Plaintiff objects to this Motion.

WHEREFORE, for the foregoing reasons, Defendant futbolscamisetas.com respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to September 3, 2024.

August 13, 2024                     Respectfully submitted,


                                    s/ Christopher Keleher

                                    Christopher Keleher
                                    The Keleher Appellate Law Group, LLC
                                    1 East Erie St., Suite 525
                                    Chicago, IL 60611
                                    312-448-8491
                                    ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 13, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com